| | |
|---|---|
| 1 | LAFAYETTE & KUMAGAI LLP |
| | SUSAN T. KUMAGAI (State Bar No. 127667) |
| 2 | 101 Mission Street, Suite 600 |
| | San Francisco, California  94105 |
| 3 | Telephone:    (415) 357-4600 |
| | Facsimile:     (415) 357-4605 |

Attorneys for Defendant
MACY'S WEST STORES, INC. f/n/a MACY'S DEPARTMENT STORES, INC.

ANDREW H. LEE (State Bar No. 257403)
LAW OFFICE OF ANDREW H. LEE
2021 The Alameda, Suite 310
San Jose, California  95126
Telephone:    (408) 216-9898
Facsimile:     (408) 216-9451

Attorney for Plaintiff
R. CHITTARANJAN RAO

*IT IS SO ORDERED*
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. CHITTARANJAN RAO, | Case No. 13-CV-04362 LHK |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| vs. | |
| MACY'S DEPARTMENT STORE, and DOES 1 through 25, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  September 26, 2014                    LAW OFFICE OF ANDREW H. LEE

  */s/ Andrew H. Lee*
ANDREW H. LEE
Attorneys for Plaintiff
R. CHITTARANJAN RAO

1

STIPULATION FOR DISMISSAL (Case No. 13-CV-04362 LHK)

| | | |
|---|---|---|
| 1 | Dated:  September 26, 2014 | LAFAYETTE & KUMAGAI LLP |

 */s/ Susan T. Kumagai*
SUSAN T. KUMAGAI
Attorneys for Defendant
MACY'S WEST STORES, INC. f/n/a MACY'S DEPARTMENT STORES, INC.

STIPULATION FOR DISMISSAL (Case No. 13-CV-04362 LHK)

2